UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAMELA KOUSSA,

    Plaintiff,

v.

THE HUMANE SOCIEY OF NAPA COUNTY & SPCA, a California Corporation; and Does 1-10,

    Defendants.

Case No.: 3:16-CV-04602-MEJ

**ORDER**

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for January 19, 2017 at 10:00 am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: November 18, 2016

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Court Judge